# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVA M. FUTCH, | ) |
| Plaintiff, | ) Case No.  2:10-cv-02256-KJD-GWF |
| vs. | ) **ORDER** |
| BAC HOME LOANS SERVICING, LP, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Defendants' Motion to Stay Discovery (#18) and Motion for Protective Order to Limit Discovery Requests (#19), filed on June 3, 2011.  Also before the Court is Defendants' Motion to Extend Discovery Deadlines (#21), filed June 8, 2011.  The Court conducted a hearing in this matter on July 5, 2011.  After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Stay Discovery (#18) is **granted**. Discovery in this matter is stayed pending the ruling on the motion to dismiss.

**IT IS FURTHER ORDERED** that Defendants' Motion for Protective Order to Limit Discovery Requests (#19) is **denied, without prejudice** to renew in the event the motion to dismiss is denied in whole or in part.

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Defendants' Motion to Extend Discovery Deadlines (#21) is **denied, without prejudice** to renew in the event the motion to dismiss is denied in whole or in part.

DATED this 6th day of July, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge