AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Eva Futch

　　　　　　　　　　　Plaintiff,

V.

BAC Home Loans Servicing LP et al

　　　　　　　　　　　Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-CV-2256 KJD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendants' Motion to Dismiss is GRANTED. Judgment is entered for Defendants and against Plaintiff.

September 29, 2011　　　　　　　　　　　　　　　/s/ Lance S. Wilson
Date　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Eileen Sterba
　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk