UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EVA M. FUTCH, | Case:  2:10-cv-02256-KJD-GWF |
| Plaintiff, | |
| vs. | |
| BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; et al., | **ORDER CANCELING LIS PENDENS** |
| Defendants. | |

This Court granted Defendants Mortgage Electronic Registration Systems, Inc., BAC Home Loans Servicing, LP, Federal National Mortgage Association and ReconTrust Company, N.A., Motion to Dismiss on September 29, 2011 [DE 26].

The Court finds that Plaintiff filed a Notice of Pendency of Action (the "Lis Pendens") on or about November 29, 2010, in the Eighth Judicial District Court of the State of Nevada before the action was removed to this Court.  A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and any other lis pendens recorded by Plaintiff is hereby cancelled, released, and expunged.

-1-

444762

1  2. This order has the same effect as an expungement of the original Lis Pendens and any other lis pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

IT IS SO ORDERED.

By_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 4, 2011

EXHIBIT "A"

EXHIBIT "A"

Eva M. Futch
1027 S. Rainbow Blvd. #186
Las Vegas, Nevada 89145
(702) 254-0794
Plaintiff in proper person

FILED
Nov 29  3 39 PM '10

## DISTRICT COURT

## CLARK COUNTY, NEVADA

Eva M. Futch,

    Plaintiff,

vs.

BAC Home Loans Servicing, LP; Recontrust Company, N.A.; Federal National Mortgage Association; Mortgage Electronic Registration Systems, Inc.; and Does 1 through 100, inclusive,

    Defendants.

Case No.: A-10-630064-C

Dept. No.: XVII

**NOTICE OF LIS PENDENS**



A-10-630064-C
NOLP
Notice of Lis Pendens
1073116

**NOTICE IS HEREBY GIVEN** that the above-entitled action concerning and affecting real property as described herein was commenced in the above-entitled court on November 29, 2010 by Eva M. Futch, Plaintiff, against BAC Home Loans Servicing LP; Recontrust Company, N.A.; Federal National Mortgage Association; and Mortgage Electronic Registration Systems, Inc., Defendants. The action is now pending in the above-named court. The action concerns title to specific real property identified in the Complaint situated in Clark County, Nevada, commonly known as 120 Kathy Court, Las Vegas, Nevada 89145, APN 138-28-815-013, and more particularly described as: REDROCK HEIGHTS PLAT BOOK 29 PAGE 90 LOT 21 BLOCK 2 SEC 28 TWP 20 RNG 60.

Dated this 29th day of November, 2010.

/s/ Eva M. Futch
Eva M. Futch
1027 S. Rainbow Blvd. #186
Las Vegas, Nevada 89145
(702) 254-0794
Plaintiff in proper person

RECEIVED
NOV 29 2010
CLERK OF THE COURT

APN # **138-28-815-013**

(120 Kathy Court, Las Vegas, Nevada 89145)

# NOTICE OF LIS PENDENS

Recording Requested By:

**Eva M. Futch**

Return To:

**Eva M. Futch**
**1027 S. Rainbow Blvd. #186**
**Las Vegas, Nevada 89145**

This page added to provide additional information required by NRS 111.312.
This cover page must be typed or written clearly in black ink only.